IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARYANN ROSE BROYLES, ) <br> individually and as co-trustee of the ) <br> Maryann Rose Broyles Revocable ) <br> Trust , ) <br> ) <br>      Plaintiffs, ) <br> ) <br>  vs. ) <br> ) <br> BANK OF AMERICA, N.A.; ) <br> WELLS FARGO BANK, N.A. , ) <br> ) <br>      Defendants. ) <br> _____ ) | CV 12-00426 SOM-KSC |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 25, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Motion for Default Judgment " are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 15, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

MARYANN ROSE BROYLES, individually and as co-trustee of the Maryann Rose Broyles Revocable Trust v. BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A.; Civ. 12-00426 SOM/KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION