IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARYANN ROSE BROYLES, INDIVIDUALLY AND AS CO-TRUSTEE OF THE MARYANN ROSE BROYLES REVOCABLE TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA BANK, N.A.; and WELLS FARGO BANK; N.A., <br><br> Defendants. | CIVIL 12-00426-LEK-KSC |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on February 20, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM THE ENTRY OF DEFAULT FILED OCTOBER 26, 2012 AND FINDINGS AND RECOMMENDATION TO DENY AS MOOT PLAINTIFF'S SECOND MOTION FOR DEFAULT JUDGMENT," docket entry no. 33, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, March 28, 2013.



    /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MARY ANN ROSE BROYLES, ETC. V. BANK OF AMERICA BANK, N.A., ET AL;**
**CIVIL NO. 12-00426 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION**